**DENIED BY ORDER OF UNITED STATES DISTRICT JUDGE**
ON 8/29/03

MORRIS S. GETZELS, ESQ. STATE BAR # 70947
MORRIS S. GETZELS Law Office
6047 Tampa Avenue, Suite 307
Tarzana, CA 91356-1176
Telephone (818) 881-5550

Facsimile (818) 881-5558

Attorney for ECHO DRAIN, Plaintiff

Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
AUG 29 2003
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED BY FAX

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ECHO DRAIN, a partnership,

    Plaintiff,

v.

JASON NEWSTED, an individual, and ECHOBRAIN, an entity type unknown, and CHOPHOUSE RECORDS, INC., an entity type unknown,

    Defendants.

CASE NO. 02-04568 JFW (FMOx)

**[PROPOSED] ORDER**

**[REGARDING PLAINTIFF'S EX PARTE APPLICATION TO RE-OPEN TIME FOR THE COURT TO HEAR MOTIONS AND TO CONTINUE PRE-TRIAL FILING DEADLINE]**

Date:
Time:
Place: Courtroom 16

The Court having read the *ex parte* application of the Plaintiff, ECHO DRAIN respectfully requesting that the Court re-open the time to hear motions, and continue the pre-trial filing deadline from August 22, 2003 to two weeks before the continued Pre-Trial Conference therefor,

**IT IS HEREBY ORDERED THAT** the time to hear motions is re-opened, the

\\
\\
\\
\\

ENTERED ON ICMS
SEP 2 2003

1

3 | last day to hear motions is September 30, 2003, and the time to file all pre-trial
4 | pleadings is extended from August 22, 2003 to a date two weeks before the Pre-Trial
5 | Conference.

7 | Dated : August    , 2003

_____
Honorable John F. Walter
United States District Court

## PROOF OF SERVICE

### (BY U.S. MAIL and by fax)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 6047 Tampa Avenue, Suite 307, Tarzana, California 91356-1176.

On August 25, 2003, I served the foregoing document described as [PROPOSED] ORDER on the interested parties in this action, by mailing a true copy hereof enclosed in sealed envelope addressed as follows:

Jill M. Pietrini, Esq.
Manatt, Phelps, & Phillips, LLP
11355 West Olympic Boulevard
Los Angeles, CA  90064-1614

**and by fax to 310 312 4224**

I caused such envelope to be deposited in the mail at Tarzana, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with my employer's practices for collection and processing of correspondence for mailing with the U.S. Postal Service. Under that practice, it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Tarzana, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 25, 2003, at Tarzana, California.

*Olesya Livshyts*
Olesya Livshyts

```
                                                                    P. 01
                    TRANSACTION REPORT
                    ─────────────────
                                                        AUG-25-2003 MON 09:37 AM

   FOR:

   RECEIVE

  DATE  START      SENDER              RX TIME   PAGES TYPE      NOTE            M#  DP

  AUG-25 09:36 AM +13102880215           38"       4   RECEIVE   OK
```

| | |
|---|---|
| **VSC** ATTORNEY SERVICES | **DDS** DDS LEGAL SUPPORT SYSTEMS |

(213) 620-1023 • FAX (213) 620-1430

# PROCESS SERVICE

DO TODAY ☐
LAST DAY TO SERVE: _____

| FIRM: | PARIS AND PARIS |
|---|---|
| | 424 PICO BLVD. |
| | SANTA MONICA CA 90405 |
| SEC/ATTY: | lori |
| PHONE #: | 310/392-8722 |
| FILE #: | 7018-1/699-9496 |
| DATE: | 7/11/03 |
| CASE #: | DC93275821 |
| CASE TITLE: | Norwest v. Vasquez |
| HEARING DATE: | |
| COURT: | Santa Clara |

SERVE (PLEASE INDICATE NAME EXACTLY AS IS TO APPEAR ON PROOF OF SERVICE)

Luis Vasquez

RACE ___ AGE ___ HEIGHT ___ WEIGHT ___ HAIR ___ SEX ___

RESIDENCE ADDRESS:
734 Old Orchard Road
Campbell CA 95008

BUSINESS ADDRESS:

PHONE #:   PHONE #:

DOCUMENT(S) (LIST EXACTLY AS IS TO APPEAR ON PROOF OF SERVICE)
APPLICATION FOR AND RENEWAL OF JUDGMENT;
NOTICE OF RENEWAL OF JUDGMENT

**SPECIAL INSTRUCTIONS**

WITNESS FEES ATTACHED ☐

FILE, ISSUE AND SERVE

VSC SPECIAL INSTRUCT ACKNOWLEDGEMEN ☐

| DATE | TIME | SERVER | SERVICE REPORT |
|---|---|---|---|
| | | | 7-14-03 |
| | | | 750 |
| | | | 25 |
| | | | 69:56 |

| SERVED: | TITLE OR POSITION: | DESCRIPTION: | BASE FEE | |
|---|---|---|---|---|
| | | | RUSH | |
| | | RACE  AGE  HEIGHT | BAD ADDRESS | |
| | | WEIGHT  HAIR  SEX | LOCATE | |

| LOG #: | DATE | TIME: | SERVER: | PERSONAL ☐ | |
|---|---|---|---|---|---|
| | | | A.M. | SUBSTITUTED ☐ | |
| | | | P.M. | NOT SERVED ☐ | TOTAL |

White – Billing    Canary – VSC File Copy    Gold – Client Copy

8/25/03

Attn: Tyner / Toby
New add. to serve Luis.
13575 Jasper St.
Lathrop, CA 95330

phone #
(209) 234-2510

```
****************************************************************************
*                          TRANSACTION REPORT                         P. 01 *
*                          ───────────────────      AUG-25-2003 MON 09:40 AM *
*                                                                           *
*        FOR:                                                               *
*------------------------------------------------------------------ --------*
*        RECEIVE                                                            *
*                                                                           *
*   DATE  START    SENDER          RX TIME   PAGES TYPE      NOTE      M# DP*
*---------------------------------------------------------------------------*
*   AUG-25 09:39 AM +3103921768       22"      1   RECEIVE    OK            *
*                                                                           *
****************************************************************************
```